UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROBERT MERRITT,
    Plaintiff,

v.      No. 5:18-cv-00213

GREGORY POINSKY,[1] PAROLE AGENT;
DAVID BARADGIE, PAROLE AGENT;
LYNN, DIRECTOR OF ADAPPT CEC;
CAROL SCHULTZ,
HEARING EXAMINER OF PAROLE BOARD;
and KEYS, PAROLE AGENT,
    Defendants.

**O R D E R**

**AND NOW**, this 25th day of February, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 9, is **GRANTED**.

2. The Complaint, ECF No. 3, is **DISMISSED**.

3. **On or before April 1, 2019**, Plaintiff may file an amended complaint regarding his individual capacity claims, only, against Defendants Keys and Polinsky.

4. The Motion to Appoint Counsel, ECF No. 10, is **DISMISSED as moot**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The correct spelling of this Defendant's name is Polinsky.